UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS CAFFREY
and EDDIE ALVAREZ,

        Plaintiffs,

v.

**JUDGMENT**

No. 5:10-CV-341-FL

FOUR OAKS BANK & TRUST COMPANY,

        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 29, 2011, and for the reasons set forth more specifically therein, that defendant's motion for judgment on the pleadings is granted as to those claims that are premised on defendant's failure to pay severance benefits under the employment agreements. Specifically, plaintiffs' first and second claims for relief, as well as plaintiffs' fifth, sixth, and seventh claims for relief to the extent they relate to the employment agreements, are dismissed with prejudice. Further, the court declines to exercise supplemental jurisdiction over plaintiffs' remaining state law claims. The matter is accordingly remanded to state court.

**This Judgment Filed and Entered on July 5, 2011, and Copies To:**

Wake County Clerk of Superior Court (via U.S. Mail)
    316 Fayetteville Street, Raleigh, NC 27601
James C. Adams, II (via CM/ECF Notice of Electronic Filing)
Sarah Walker Baker (via CM/ECF Notice of Electronic Filing)
Zebulon D. Anderson (via CM/ECF Notice of Electronic Filing)

July 5, 2011                        DENNIS P. IAVARONE, CLERK
                                                /s/ Christa N. Baker
                                                (By) Christa N. Baker, Deputy Clerk